OFFICE OF DISCIPLINARY COUNSEL *v.* RESSING.

[Cite as Disciplinary Counsel *v.* Ressing (1990), 53 Ohio St. 3d 265.]

(No. 90-403—Submitted April 11, 1990—Decided September 12, 1990.)

*J. Warren Bettis*, disciplinary counsel, and *Karen B. Hull*, for relator.

*Charles W. Kettlewell*, for respondent.

*Per Curiam.* We agree with the board's findings of misconduct and its recommendation. Thus, we hereby publicly reprimand respondent for having violated DR 1-102(A)(6). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.